UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ALPHA CAPITAL, AG, et al.,

          Plaintiffs,

  -against-                             02 civ. 2219 (CM)

GROUP MANAGEMENT CORP., et al.,

          Defendants.

-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022

BAR ORDER DIRECTING THAT THE CLERK NOT ACCEPT
FOR FILING ANY FURTHER DOCUMENTS FROM ULYSSES
T. WARE, DENYING ALL OUTSTANDING MOTIONS AND
CLOSING THE FILE IN THIS CASE PERMANENTLY

McMahon, J.:

      Ulysses T. Ware has responded to the court's order to show cause why he should not be barred from filing further documents in this matter without leave of court by filing hundreds of pages of documents – most if not all of which have already been filed in connection with one or more of the many motions he has made in his two decade long quest to keep this long-ago-resolved matter alive. Nothing filed by Mr. Ware makes any sense; nothing explains why he should be allowed to continue to pester a busy court with his repeated filings; his only real response to the order to show cause was to move for "clarification" of a perfectly clear order of the court. He has also asked the court to recuse itself.

      This court has no connection with this matter (which I inherited from Judge Sand upon his death in 2019, over a decade and a half after this matter was resolved). Mr. Ware does not allege that the court has any financial interest in (or, for that matter, any knowledge of or about) any of the parties to the case; conflicts checks performed upon receipt of the case and again upon receipt of these motions reveal none. Furthermore, not only have we checked my current financial interests; my conflicts team has gone back and reviewed my 2002 and 2003 financial disclosure report and ascertained that I had no financial interest in any of the parties to this case at that time (even though it was not assigned to me at that time). There is no basis for this court to recuse itself from this matter, so to the extent they seek my recusal, the motions at Docket Number 145 and 146 are DENIED.

      As nothing in Mr. Ware's voluminous filings and multiple motions demonstrates good cause for allowing him to persist in trying to keep this long-closed matter alive, the court hereby

ORDERS that Ulysses T. Ware is and shall be barred from filing any paper in *Alpha Capital et al., v. Group Management, et al,* Docket Number 02 Civ. 2219, without first obtaining leave of court; that the Clerk of Court shall not accept for filing and shall not docket any further filings in this matter, which shall be permanently closed; that the Clerk shall mark the motions at Dockets No. 133, 144, 145, 147, 146 and 149 DENIED and close them and remove them from the court's list of open motions forthwith.

If Mr. Ware attempts to prolong this by filing further papers, or if he baselessly seeks leave of court to do so, he is warned that he may be held in contempt of court, and that he may be referred to the Grievance Committee of this Court or the Disciplinary Committee of any Department in which he is admitted to practice.

Dated: December 22, 2022

[signature]

BY ECF TO ULYSSES T. WARE